# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
February 14, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
      DEPUTY CLERK

| | |
|---|---|
| **GWENDOLYN JUNELLA CASEY,** ) | |
| ) | |
| Plaintiff, ) | Case No. 1:24CV00001 |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| **COMMISSIONER OF SOCIAL** ) | JUDGE JAMES P. JONES |
| **ADMINISTRATION SECURITY,** ) | |
| ) | |
| Defendant. ) | |

It appearing proper, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED. The Clerk shall close the case.

ENTER: February 14, 2025

/s/ JAMES P. JONES
Senior United States District Judge